IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Aaron Butler**<br>**3217 75th Avenue, Apt. 100**<br>**Hyattsville, Maryland 20785**<br><br>        **Plaintiff,**<br><br>    v.<br><br>**WMATA, et al**<br><br>        **Defendants.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  CASE NO.:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF REMOVAL BY DEFENDANT
## WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY("WMATA")

To the Judges of the United States District Court for the District of Maryland:

1. On or about May 27, 2021, Plaintiff filed this action against WMATA, in the Circuit Court of Maryland for Prince George's County, in the case titled *Aaron Butler v. WMATA,* No. CAL21-06087.

2. Defendant WMATA was served via certified mail in this action on November 2, 2021.

3. The Complaint, Proof of Service, Writ of Summons and Civil Information Sheet order are attached as Exhibit A. These documents constitute the only process, pleadings, or orders received by the Defendant in this case.

4. This is a civil action over which this Court has original jurisdiction, pursuant to MD. CODE ANN., Transportation Article, §10-204(81), which specifically grants original jurisdiction over suits against WMATA to the United States District Court.

1

5. WMATA is one of five defendants in this case; three defendants are individually named officers who have not been served. Plaintiff has also named the "Metro Transit Police Department" as a defendant; there is no such legal entity that exits; WMATA is the only entity capable of being named as a defendant.

WHEREFORE, Defendant WMATA requests that the entire above-referenced action now pending in the Circuit Court of Maryland for Prince George's County be removed to this Court.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

/s/ *Janice L. Cole*
Janice L. Cole #09562
Senior Counsel II
WMATA
600 5th St., N.W.
Washington, D.C.   20001
(202) 962-2543 (o);
(202) 604-1833 (mobile)
Email: jlcole@wmata.com

and,

  /s/ *Neal M. Janey, Jr.*
Neal M. Janey, Jr. *Bar No.: 26800*
Senior Counsel
Office of General Counsel - WMATA
600 Fifth Street, N.W.
Washington, D.C.   20001
(202) 962-1067 telephone
(202) 962-2550 facsimile
E-mail:   nmjaney@wmata.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal served, this 1st day of December, 2021 on:

John R. Webster, Jr.
Christina L. Caron-Moroney
8808 Old Branch Avenue
Clinton, Maryland
Attorney for Plaintiff

                                                /s/ *Janice L. Cole*
                                                Janice L. Cole #09562