# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Aaron Butler | : |
| 3217 75th Avenue, Apt. 100 | : |
| Hyattsville, Maryland 20785 | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : |
| | : CASE NO.: |
| | : |
| WMATA, et al | : |
| | : |
| **Defendants.** | : |

## STATEMENT REGARDING REMOVAL

Comes now the Defendant, pursuant to the Court's Standing Order Concerning Removal, and submits the following information regarding the removal of this case from the Circuit Court for Montgomery County Maryland.

1. WMATA was served with a summons and Complaint on or about November 2, 2021.

2. The removal of this action was filed within thirty (30) days of the service of the summons and Complaint on the Defendant WMATA.

3. This action is not based upon diversity jurisdiction., but on federal question jurisdiction

4. There are four other defendants named in this action; besides WMATA although WMATA believes that it is the only defendant which has been served.

Respectfully Submitted,

/s/ *Janice L. Cole*

Janice L. Cole #09562
Senior Counsel II
WMATA
600 5th St., N.W.
Washington, D.C.   20001
(202) 962-2543 (o);
(202) 604-1833 (mobile)
Email: jlcole@wmata.com

and,

   /s/ *Neal M. Janey, Jr.*
Neal M. Janey, Jr. *Bar No.: 26800*
Senior Counsel
Office of General Counsel - WMATA
600 Fifth Street, N.W.
Washington, D.C.   20001
(202) 962-1067 telephone
(202) 962-2550 facsimile
E-mail:   nmjaney@wmata.com

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Statement Regarding Removal was served, via ECF, this 1st day of December 2021, to:

John R. Webster, Jr.
Christina L. Caron-Moroney
8808 Old Branch Avenue
Clinton, Maryland
Attorney for Plaintiff


/s/ *Janice L. Cole*
Janice L. Cole #09562